AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

RICHARD W. GEARHART

WAIVER OF INDICTMENT

CASE NUMBER: 07cr3332-BTM

I, RICHARD W. GEARHART, the above-named defendant, who is accused of committing the following offense:

Importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 12/13/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Richard W. Gearhart_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer