1  **ROBERT H. REXRODE, III**
   California State Bar No. 230024
2  427 C Street, Suite 300
   San Diego, California  92101
3  Telephone:  (619) 233-3169, ext. 13
   Facsimile:   (619) 684-3553
4  robert_rexrode@rexrodelawoffices.com

Attorney for Mr. Richard Gearhart

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| UNITED STATES OF AMERICA, | ) | Case No. 07cr33325-BTM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JOINT MOTION TO** |
|  | ) | **CONTINUE SENTENCING HEARING** |
| RICHARD GEARHART, | ) | |
| Defendant. | ) | |

**IT IS HEREBY AGREED BETWEEN THE PARTIES**, Robert H. Rexrode III, counsel for Mr. Gearhart and Assistant United States Attorney Michelle Pettit, that the sentencing hearing currently scheduled for April 18, 2008, at 9:00 a.m., be continued to May 15, 2008, at 10:00 a.m.

Dated: April 15, 2008                     /s/ Robert H. Rexrode, III..
                                          **ROBERT H. REXRODE**
                                          Attorney for Mr. Gearhart

Dated: April 15, 2008                     /s/ Michelle Pettit
                                          **MICHELLE PETTIT**
                                          Assistant United States Attorney