**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169, ext. 13
Facsimile:   (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorney for Mr. Richard Gearhart

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07cr3332-BTM |
| Plaintiff, | |
| v. | |
| | PROOF OF SERVICE |
| RICHARD GEARHART, | |
| Defendant. | |

Counsel for Defendant, Richard Gearhart, certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

Michelle Pettit, Assistant United States Attorney

Respectfully submitted,

/s/    Robert H. Rexrode

Dated: April 15, 2008    **ROBERT H. REXRODE, III**
Attorney for Defendant
robert_rexrode@rexrodelawoffices.com