<pre>
 1
 2
 3
 4
 5
 6
 7
 8                           UNITED STATES DISTRICT COURT
 9                         SOUTHERN DISTRICT OF CALIFORNIA
10                        **(HONORABLE BARRY TED MOSKOWITZ)**
11  UNITED STATES OF AMERICA,        )    Case No. 07cr3332-BTM
                                     )
12              Plaintiff,           )
                                     )
13  v.                               )    ORDER TO CONTINUE
                                     )    SENTENCING HEARING
14  RICHARD GEARHART,                )
                                     )
15              Defendant.           )
                                     )
16
17       At the request of the parties, **IT IS HEREBY ORDERED**, that the sentencing hearing scheduled
18  for April 18, 2008, at 9:00 a.m., be continued to May 15, 2008, at 10:00 a.m.
19       **SO ORDERED.**
20  DATED:  April 15, 2008
21                                              _____
22                                              Honorable Barry Ted Moskowitz
                                                United States District Judge
</pre>